IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LEISK and ROSE LEISK (h/w), | : : : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| | : | NO.   14-3639 |
| LESLIE PINCUS ELLIOT, LESTER E. LIPSCHUTZ and MARK S. HALPERN, CO-EXECUTORS OF THE ESTATE OF GERALDINE PINCUS, Deceased, and NATHAN PINCUS, Individually. | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *12th* day of *November*, 2014, upon consideration of the Motion to Dismiss by Defendants Nathan Pincus, Leslie Pincus Leslie, Lester E. Lipschutz, and Mark S. Halpern (Docket No. 9) and the Response of Plaintiffs Robert Leisk and Rose Leisk (Docket No. 10), it is hereby **ORDERED** that the Motion is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.